**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Matthew Grant,                                Civil No. 09-2818 (DWF/JSM)

                Plaintiff,

v.                                       **ORDER ADOPTING REPORT
AND RECOMMENDATION**

Michael J. Astrue,
Commissioner of Social Security,

                Defendant.

---

Matthew Grant, *Pro Se*, Plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, United States Attorney's Office, counsel for Defendant.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 13, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss (Doc. No. [6]) is **GRANTED**; and

2. Plaintiff's Complaint (Doc. No. [1]) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 2, 2010           s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      United States District Judge